Tim R. Plewe 222911 / Michael J. DeSantis 318679
LOBB & PLEWE, LLP
4160 Temescal Canyon Rd., Suite 202
Corona, CA 92883
Tel: 951-788-9410 / Fax: 951-788-0766
tplewe@lp-attorneys.com / mdesantis@lp-attorneys.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALLARD SERVICES, INC. D/B/A BALLARD PLUMBING HEATING AND AIR, a California corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>LASTING LEGACY PLUMBING HEATING AND AIR, a California corporation; et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:24-cv-1768 MWF (SHKx)<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety, WITHOUT PREJUDICE.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

October 11, 2024 _____ /s/ Michael J. DeSantis
Date                                                           Signature of Attorney/Party

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*